IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRENDA S. FINCH, ) | |
| ) | |
| v. ) | 3:10-0005 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security ) | |

**O R D E R**

Before the Court is Defendant's Motion For Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g) With Remand To Defendant, Document #18, and Defendant's Memorandum in Support of Motion, Document #19. No objections have been filed.

Defendant's Motion to Remand for further evaluation, Document #18, is **GRANTED**, and the case is remanded so the Defendant (1) can request and evaluate medical records from one of Plaintiff's physicians; (2) can consider whether obesity is a severe impairment; and (3) can obtain further evidence from a vocational expert.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge